# United States District Court
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| GREAT AMERICAN INSURANCE<br>COMPANY OF NEW YORK | §<br>§<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 3:20-CV-3140-S |
| SPEAR SERVICES, LLC | §<br>§ | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Plaintiff's Motion for Default Judgment [ECF No. 8] is **DENIED**.

**SO ORDERED.**

SIGNED April 19, 2021.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE