# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| GREAT AMERICAN INSURANCE<br>COMPANY OF NEW YORK | § <br> § <br> § | |
| v. | § <br> § | CIVIL ACTION NO. 3:20-CV-3140-S |
| SPEAR SERVICES, LLC | § <br> § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 16. Plaintiff filed objections. *See* ECF No. 17. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objections were made, and reviewed the remaining portions of the findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court therefore **DENIES** Plaintiff's Second Motion for Default Judgment [ECF No. 13].

**SO ORDERED.**

SIGNED March 25, 2022.

**UNITED STATES DISTRICT JUDGE**